```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

JAMES A. WIDTFELDT,            )
                               )
          Plaintiff,           )         8:05CV505
                               )
     v.                        )
                               )
HOLT COUNTY BOARD OF           )         ORDER
EQUALIZATION; NEBRASKA TAX     )
EQUALIZATION AND REVIEW        )
COMMISSION; STATE OF NEBRASKA; )
UNITED STATES OF AMERICA,      )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion for more time (Filing No. 17).

IT IS ORDERED that plaintiff's motion for more time is granted. Plaintiff shall have until March 21, 2006, to respond to defendants' motions to dismiss.

DATED this 24th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court