IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES A. WIDTFELDT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV505 |
| | ) | |
| v. | ) | |
| | ) | |
| HOLT COUNTY BOARD OF EQUALIZATION, NEBRASKA TAX EQUALIZATION AND REVIEW COMMISSION, STATE OF NEBRASKA, HOLT COUNTY BOARD OF EQUALIZATION OF THE STATE OF NEBRASKA, and UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| Defendants. | ) ) | |

It has come to this court's attention that this case is related to 8:05CV8. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 26th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge